(February 27, 2017)

■ Deborah O'Reilly-Morshead, Respondent, v Christine O'Reilly-Morshead, Appellant. [47 NYS3d 725]—Appeal from a decision of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), dated October 23, 2015. The decision, inter alia, determined that neither party is entitled to equitable distribution of certain assets acquired during a period of civil union and prior to marriage.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967, 967 [1987]; *see also* CPLR 5701 [a] [2] [iv]). Present—Whalen, P.J., Smith, Centra, Curran and Scudder, JJ.